FILED

2006 SEP 29 PM 12: 07

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
)
) CR 3-06-70618 JL
)
v.                          )   **REMOVAL ORDER- OUT OF CUSTODY**
Andre Busar                 )
)
_____ Defendant.  )

IT APPEARING that a(n) __INDICTMENT__ has been filed in the _____ District of __ARIZONA__ charging the defendant above-named with a violation of Title(s) __18;__, United States Code, Sections(s) __371 and 924(a)(1)(A)__.

IT IS HEREBY ORDERED that the defendant be released on _____ (Bail) to report to the United States District Court for the __DISTRICT__ of __ARIZONA__ on __OCTOBER 13, 2006__ or when summoned by that district and to abide by all further orders of that Court. Any security posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

DATED: __9-25-06__

JAMES LARSON
United States Magistrate Judge